UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CROSSFIRE MARKETING,

    Plaintiff,

v.                                            Case No. 8:04-cv-2805-T-24EAJ

HARTFORD FIRE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

This cause comes before the Court on Hartford Fire Insurance Company's Motion for Reconsideration and/or Relief from Order Pursuant to Rule 60(b). (Doc. No. 8). On January 21, 2005, this Court granted Plaintiff's Motion to Strike Hartford's Pleading and Dismiss Case Number 8:04-cv-2805 as Being Redundant and Duplicative. (Doc. No. 7). Defendant had inadvertently removed the same case from state court two times; therefore, two identical cases were pending in this Court. Defendant moved for this Court to reconsider the order dismissing this case.

Since the filing of Defendant's motion to reconsider, parties have notified the Court that they have entered into a settlement agreement in case number 8:04-cv-2755-T-23TGW, the First Case.[1] Accordingly, it is **ORDERED AND ADJUDGED** that Hartford Fire Insurance

---

[1] After Defendant's first Notice of Removal, the case was removed to the Middle District of Florida and assigned to Judge Steven Merryday with case number 8:04-2755-T-23TGW ("First Case"). After Defendant's second Notice of Removal, the case was removed to this Court and given the case number 8:04-2805-T-24EAJ ("Second Case"). This Court closed the Second Case on January 21, 2005.

Company's Motion for Reconsideration and/or Relief from Order Pursuant to Rule 60(b) (Doc. No. 8) is **DENIED as MOOT**.

  **DONE AND ORDERED** at Tampa, Florida, this 17th day of June, 2005.

                 SUSAN C. BUCKLEW
                 United States District Judge

Copies to:
Counsel of Record